**Opinion issued August 12, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-21-00045-CV

_____

## IN RE TABAITHA VITAL, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Tabaitha Vital seeks mandamus relief from the trial court's order denying her Amended Motion to Strike Real Parties in Interest's Original Petition in Intervention in the underlying case.[1] We deny the petition. All pending motions are dismissed as moot.

---

[1] The underlying case is *Alexis L. Norman v. Tabaitha Vital*, Cause Number 2019-49803, pending in the 281st District Court of Harris County, Texas, the Honorable Christine Weems presiding.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.